JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT A. WILSON; AND<br>JOYCE A. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK<br>MELLON FKA THE BANK OF<br>NEW YORK, ETC., ET AL.,<br><br>    Defendants. | Case No. EDCV 12-00151 VAP<br>(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on March 23, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>November 9, 2012</u>

VIRGINIA A. PHILLIPS
United States District Judge